Carol Commissiong, Plaintiff-Appellant,
against
IH Preservation Partners LLC, Defendant-Respondent.




Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Joan M. Kenney, J.), entered on or about January 9, 2018, after trial, in favor of defendant dismissing the action.




Per Curiam.
Judgment (Joan M. Kenney, J.), entered on or about January 9, 2018, affirmed, without costs.
The record establishes that the trial court accomplished "substantial justice" in dismissing plaintiff's claim (CCA 1807; see Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]). A fair interpretation of the evidence supports the finding that plaintiff, a non-purchasing rental tenant in a cooperative building, failed to prove that she timely submitted her 2014 affidavit of household income. As a result, defendant was warranted in increasing plaintiff's rent pursuant to the terms of the "Affordability Program" in the former Mitchell Lama building.
We have considered plaintiff's remaining claims, to the extent they are properly before us, and find them unpersuasive.
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: May 1, 2020